**Richard Sax (SBN 80632)** *richard@rsaxlaw.com*
**LAW OFFICES OF RICHARD SAX, P.C.**
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119

Attorney for Plaintiff, Wayne J. Pinoli

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE J. PINOLI,<br><br>              Plaintiff,<br><br>v.<br><br>ONEWEST BANK, et al.,<br><br>              Defendants. | CASE NO.: CV-11 1645 CRB<br><br>**[PROPOSED] ORDER** |

    Application having been made with proof having been made to the satisfaction of the Court, and good cause appearing wherefore,

    IT IS HEREBY ORDERED that the September 2, 2011 Case Management Conference and Motion to Dismiss hearing are continued to September 30, 2011 at 10:00 a.m.

Dated: Sept. 1, 2011

_____
Judge of the United States Northern District of California

**IT IS SO ORDERED**
Judge Charles R. Breyer

1
Order

119720.doc