IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PINOLI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ONEWEST BANK F.S.B. ET AL,<br><br>　　　　Defendants. | No. C 11-01645 CRB<br><br>**ORDER CONTINUING HEARING AND ALLOWING WITHDRAWAL OF COUNSEL** |

Counsel for Plaintiff Wayne Pinoli seeks permission to withdraw as counsel because, he asserts, Plaintiff "is not cooperating or communicating" with him. See dkt. 42 at 1. Counsel also asks the Court to continue the motion hearing (now set for September 30, 2011) for 120 days so that Plaintiff can obtain new counsel. See generally dkt. 41. The Court notes that the motion hearing was already continued, from September 2, 2011, in light of Plaintiff's representation that the parties had agreed to dismiss the case. See dkts. 35, 38. Accordingly, although the Court finds good cause for allowing counsel to withdraw, and GRANTS that request, it only CONTINUES the motion hearing until December 2, 2011 to allow Plaintiff to obtain new counsel or to coordinate with Defendants about dismissing the case.

**IT IS SO ORDERED.**

Dated: September 27, 2011

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1645\order re withdraw - continue.wpd