IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PINOLI,<br><br>    Plaintiff,<br><br>v.<br><br>ONEWEST BANK F.S.B. ET AL,<br><br>    Defendants.                        / | No. C 11-01645 CRB<br><br>**ORDER TO SHOW CAUSE** |

On Friday, November 18, 2011, the Court held a hearing on Plaintiff Wayne Pinoli's counsel's Motion to Withdraw (dkt. 46). Plaintiff did not appear at the hearing, and counsel represented at the hearing that he has lost all contact with Plaintiff. Accordingly, Plaintiff is ORDERED to show cause why his case should not be terminated for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff is directed to file a response to this Order by **Wednesday, November 30, 2011 at 5:00 p.m.** Failure to do so could result in the dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: November 21, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1645\osc.wpd