**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PINOLI,<br><br>            Plaintiff,<br><br>    v.<br><br>ONEWEST BANK F.S.B. ET AL,<br><br>            Defendants.                                / | No. C 11-01645 CRB<br><br>**ORDER DISMISSING CASE** |

On Friday, November 18, 2011, the Court held a hearing on Plaintiff Wayne Pinoli's counsel's Motion to Withdraw (dkt. 46). Plaintiff did not appear at the hearing, and counsel represented at the hearing that he has lost all contact with Plaintiff. Accordingly, the Court ordered Plaintiff to show cause why his case should not be terminated for failure to prosecute under Federal Rule of Civil Procedure 41(b). See dkt. 57. Plaintiff was directed to file a response by Wednesday, November 30, 2011 at 5:00 p.m. and informed that failure to do so could result in the dismissal of his case. Id. Plaintiff did not respond to the Order to Show Cause. Accordingly, the case is DISMISSED under Rule 41(b).

**IT IS SO ORDERED.**

Dated: December 2, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1645\order dismissing.wpd