IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYNE PINOLI,

    Plaintiff,

  v.

ONEWEST BANK F.S.B. ET AL,

    Defendants.

No. C 11-01645 CRB

**JUDGMENT**

    Having dismissed Plaintiff Wayne Pinoli's case for failure to prosecute under Federal Rule of Civil Procedure 41(b), the Court hereby enters judgment in favor of Defendant OneWest Bank and against Plaintiff Wayne Pinoli.

    **IT IS SO ORDERED.**

Dated: December 2, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1645\judgment.wpd